IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JON AISD DOE §<br>  Plaintiff, §<br> §<br>vs. § CIVIL ACTION NO. 1:20-cv-00750-LY<br> §<br>AUSTIN INDEPENDENT §<br>  SCHOOL DISTRICT §<br>  Defendant. § | |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, Plaintiff JON AISD DOE to file this "PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND" ("Motion") as follows:

1. On July 24, 2020, Defendant filed the following:

   DEFENDANT'S MOTION TO DISMISS

(*ECF # 4*) (hereafter, "MTD.")

2. The entirety of Defendant Austin-ISD's MTD points to alleged gaps and deficiencies contained in Plaintiffs' Original Complaint *(Dkt.# 1)*.

3. The filing of Plaintiffs' First-Amended Complaint, attached herewith as Annex A, cures such gaps and deficiencies.

4. The foregoing Motion for leave to amend is made not for delay, but so that justice may be done.

5. Defendant Austin-ISD does NOT OPPOSE the granting of leave to file Plaintiffs' First-Amended Complaint, attached herewith as Annex A.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Motion and direct the Clerk of the Court to acknowledge and accept Plaintiffs' First-Amended Complaint as a separately filed document herein.

Respectfully submitted,

    Gorman Law Firm, pllc

By: _____
    Terry P Gorman, Esq.
    Texas Bar No. 08218200
    tgorman@school-law.co
901 Mopac Expressway South, Suite 300
Austin, Texas 78746
Telephone: (214) 802-3477 (DIRECT)
Telecopier: (512) 597-1455
**ATTORNEYS FOR PLAINTIFF**
**JON AISD DOE**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on the 3rd day of September, 2020, I communicated with counsel for Defendant as to the foregoing request for relief, and <u>Defendant does not object to the relief requested.</u>

_____
TERRY P. GORMAN

## CERTIFICATE OF SERVICE

This is to certify that on the 3rd day of September 2020, a true and correct copy of the above and foregoing was forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure utilizing the *VIA CM/ECF* filing system being:

**THOMPSON & HORTON LLP**
Christopher B. Gilbert
State Bar No. 00787535 Attorney-in-Charge
Jessica N. Witte
State Bar No. 24095026
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas 77027
Telephone: (713) 554-6744
Fax: (713) 583-7698
cgilbert@thompsonhorton.com
jwitte@thompsonhorton.com
**ATTORNEYS FOR DEFENDANT
AUSTIN INDEPENDENT SCHOOL DISTRICT**

By: _____
Terry P Gorman, Esq.