IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

20 SEP -4 PM 5:01

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____

| | | |
|---|---|---|
| JON AISD DOE, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-20-CV-0750-LY |
| | § | |
| AUSTIN INDEPENDENT SCHOOL | § | |
| DISTRICT, | § | |
| DEFENDANT. | § | |

## ORDER

Before the court is the above styled and numbered cause. By separate order, the court granted Plaintiff Jon AISD Doe's Plaintiff's Unopposed Motion for Leave to Amend and the clerk of court filed Plaintiff's First-Amended Complaint. In light of the filing of the amended complaint and having considered the applicable law,

**IT IS ORDERED** that Defendant Austin Independent School District's Defendant's Motion to Dismiss filed August 7, 2020 (Doc. #4) is **DISMISSED WITHOUT PREJUDICE**.

SIGNED this _____4th_____ day of September, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE