IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



| | | |
|---|---|---|
| B.W., A MINOR, BY NEXT FRIENDS M.W. AND B.W.,<br>PLAINTIFF, | § § § § | |
| V. | § | CAUSE NO. A-20-CV-00750-LY |
| AUSTIN INDEPENDENT SCHOOL DISTRICT,<br>DEFENDANT. | § § § § | |

## FINAL JUDGMENT

Before the court is the above-styled and numbered cause. On this date by separate order the court dismissed with prejudice all claims alleged by Plaintiff B.W., a minor, by next friends M.W. and B.W., against Defendant Austin Independent School District in this action. As nothing remains for resolution in the cause, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this _____ day of February, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE