# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 9, 2023
Lyle W. Cayce
Clerk

_____

No. 22-50158
_____

B.W., *a minor*, BY NEXT FRIENDS M.W. and B.W., *formerly known herein as* JON AISD DOE,

          *Plaintiff—Appellant*,

*versus*

AUSTIN INDEPENDENT SCHOOL DISTRICT,

          *Defendant—Appellee*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:20-CV-750
_____

Before KING, STEWART, and HAYNES, *Circuit Judges*.[*]

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

---

[*] Judge Haynes concurs in the judgment only.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendant-appellee the costs on appeal to be taxed by the Clerk of this Court.